■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORGAN HINES, Appellant. [733 NYS2d 608] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered May 31, 2000, convicting defendant, upon his plea of guilty, of murder in the second degree, and sentencing him to a term of 17 years to life, unanimously affirmed.

Defendant, who successfully moved for suppression of his statements made prior to *Miranda* warnings, argues for the first time on appeal that his post-*Miranda* statements should also have been suppressed as part of a continuous interrogation. However, at the hearing, defendant expressly limited his suppression motion to the pre-*Miranda* statements and the record does not establish that "in response to a protest by a party, the court expressly decided the question raised on appeal" (CPL 470.05 [2]). Accordingly, defendant's present claim is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would find no basis for reversal (*see, People v Chapple*, 38 NY2d 112). Concur—Tom, J. P., Andrias, Buckley and Friedman, JJ.